# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2026 MAR -5 P 3:57
CLERK OF COURT

(Full name of plaintiff(s))

Raviah Stephens

v.

(Full name of defendant(s))

Experian Information Solutions, Inc

Case Number: 26-C-363

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   
   __7326 W Potomac Ave Milwaukee Wisconsin, 53216__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __E/q Experian Information Solutions, Inc__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____N/A_____
(State, if known)

and (if a person) resides at _____N/A_____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____N/A_____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Defendant Experian Information Solutions, Inc. violated Plaintiff's rights under the Fair Credit Reporting Act (15 U.S.C § 1681) by reporting inaccurate and misleading information on the Plaintiffs credit report. On or about December 5, 2025 Plaintiffs mailed a written dispute to Experian requesting a reinvestigation of several inaccurate tradelines. Experian failed to conduct a reasonable reinvestigation and continued

Complaint – 2

reporting the disputed accounts as accurate. As a result, Plaintiff was denied credit, including a denial from Bank of America, and suffered damage to credit reputation and financial harm. Experians actions constitute violations of 15 U.S.C 1681i (failure to conduct a reasonable reinvestigation) and 15 U.S.C 1681e(b) (failure to follow reasonable procedures to assure ~~maxi~~ maximum possible accuracy).

Complaint – 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff request that the Court award actual damages, statutory damages, and punitive damages under the Fair Credit Reporting Act for Defendants failure to conduct a reasonable reinvestigation and failure to ~~conduct~~ follow reasonable procedures to assure maximum possible accuracy. Plaintiff also request costs of suit, any other relief the court deems just and proper, and a trial by jury.

E. JURY DEMAND

I want a jury to hear my case.

☑ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __5__ day of __March__, 20__26__.

Respectfully Submitted,

__Raviah Stephen__
Signature of Plaintiff

_[signature]_
Plaintiff's Telephone Number

__414-524-9255__
Plaintiff's Email Address

__theeraiway@yahoo.com__

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5