**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| **RAVIAH STEPHENS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Case No. 2:26-cv-00363-WCG** |
| **EXPERIAN INFORMATION SOLUTIONS INC,** | |
| **Defendant.** | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
<u>FOR FAILURE TO STATE A CLAIM</u>**

Defendant Experian Information Solutions, Inc., ("Experian"), by counsel, and pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure, files its Motion to Dismiss the Amended

Complaint filed by Plaintiff Raviah Stephens ("Plaintiff").

Experian's request for dismissal is based upon this Motion and the accompanying

Memorandum in Support of Experian's Motion to Dismiss Plaintiff's Amended Complaint for

Failure to State a Claim.

Date: May 15, 2026    Respectfully submitted,

*/s/ Lauren E. Lacey*
Lauren E. Lacey
*Counsel for Experian Information Solutions, Inc*
TROUTMAN PEPPER LOCKE LLP
401 9th Avenue, Suite 1000
Washington, DC 20004
Telephone: 212-704-6068
Email: lauren.lacey@troutman.com

}

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. I further certify that I also served a copy via U.S. Mail to Plaintiff, who is appearing *pro se*, at the following address:

Raviah Stephens
7326 W Potomac Ave
Milwaukee, WI 53216
theeraiway@yahoo.com

*/s/ Lauren E. Lacey*
Lauren E. Lacey
